UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK DIXON,<br><br>         Plaintiff,<br><br>   vs.<br><br>K. ALLISON, et al.,<br><br>         Defendants. | 1:10-cv-02365-GSA-PC<br><br>ORDER VACATING ORDER OF DECEMBER 27, 2010, WHICH GRANTED PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPERIS AND DIRECTED THE CDCR TO MAKE PAYMENTS FOR FILING FEE (Doc. 4.)<br><br>ORDER FOR CLERK TO SERVE COPIES OF THIS ORDER ON THE CDCR AND THE COURT'S FINANCIAL DEPARTMENT |

   Rick Dixon ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on December 20, 2010, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g). (Docs. 1, 2.)  On December 27, 2010, the court granted Plaintiff leave to proceed in forma pauperis and directed the California Department of Corrections and Rehabilitation (CDCR) to deduct funds from Plaintiff's prison trust account for payment of the filing fee.  (Doc. 4.)

   On May 17, 2013, Plaintiff paid the $350.00 filing fee in full for this action.  (Court Record.)  Because the filing fee has been paid in this manner, Plaintiff is not entitled to proceed in forma pauperis in this action.  Therefore, the court shall vacate its order of December 27,

2010, which granted Plaintiff leave to proceed in forma pauperis and directed the CDCR to make payments from Plaintiff's prison trust account for payment of the filing fee.[1]

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. The court's order of December 27, 2010, which granted Plaintiff leave to proceed in forma pauperis and directed the CDCR to deduct funds from Plaintiff's prison trust account for payment of the filing fee, is VACATED; and
2. The Clerk is directed to serve a copy of this order on:
    (1) the Director of the CDCR, via CM/ECF; and
    (2) the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated:   **October 2, 2013**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] According to court financial records, no payments have been received to date from the CDCR for payment of Plaintiff's filing fee for this action.