UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK DIXON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON,<br><br>　　　　Defendant. | Case No.: 1:10-cv-02365-SAB (PC)<br><br>ORDER RE-CAPTIONING CASE |

　　　　Plaintiff Rick Dixon is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On August 1, 2016, all defendants except Kathleen Allison were dismissed from this action. Accordingly, the Court HEREBY ORDERS that the caption shall be amended as reflected and listed above.

IT IS SO ORDERED.

Dated:  **November 22, 2016**　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE