1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10   RICK DIXON,                                    No.  1:10-cv-02365-DAD-SAB

11              Plaintiff,

12       v.                                         ORDER ADOPTING FINDINGS AND
                                                    RECOMMENDATIONS
13   KATHLEEN ALLISON,
                                                    (Doc. Nos. 36, 46)
14              Defendant.

15

16          Plaintiff Rick Dixon is a former inmate proceeding *pro se* and *in forma pauperis* in this

17   civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on plaintiff's fourth

18   amended complaint against defendant Allison for unconstitutional conditions of confinement for

19   denial of outdoor exercise in violation of the Eighth Amendment, denial of the right to religious

20   expression in violation of the First Amendment, and denial of access to the courts in violation of

21   the First Amendment.  The matter was referred to a United States Magistrate Judge pursuant to

22   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

23          On November 18, 2016, defendant filed a motion to dismiss.  (Doc. No. 36.)  On August

24   3, 2017, the assigned magistrate judge issued findings and recommendations, recommending that

25   defendant's motion to dismiss be granted in part.  (Doc. No. 46.)  The parties were provided

26   thirty days in which to file objections to those findings and recommendations.  (*Id.*)  To date,

27   neither party has filed objections, and the time for doing so has passed.

28   */////*

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations, filed August 3, 2017, are adopted in full and defendant's motion to dismiss (Doc. No. 36) is granted in part and denied in part as follows;

2. Defendant's motion to dismiss the religious expression and access to courts claims as barred by the statute of limitations is granted;

3. Defendant's motion to dismiss the official capacity claims for monetary damages is granted;

4. Defendant's motion to dismiss the unconstitutional conditions of confinement claim for denial of outdoor exercise on the ground that defendant is entitled to qualified immunity is denied without prejudice to that issue being raised at a later stage in these proceedings;

5. Defendant's religious expression claim, access to courts claim, and official capacity claims for monetary damages are dismissed;

6. This action shall proceed only against defendant in her individual capacity with respect to plaintiff's unconstitutional conditions of confinement claim for denial of outdoor exercise in violation of the Eighth Amendment; and

7. This matter is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **September 27, 2017**

_____
UNITED STATES DISTRICT JUDGE